# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VICTOR JOSE VELASCO | : | CIVIL NO. 3:11-cv-463(JCH) |
| V. | : | |
| LIEUTENANT HARPIN, ET AL. | : | DECEMBER 18, 2017 |

### DECLARATION OF DAWN DICESARE

Undersigned hereby declares:

1. I am a paralegal in the Legal Affairs Unit of the Department of Correction (DOC) of the State of Connecticut.

2. Following the court's Ruling on Motions to Compel [Doc.96] dated November 20, 2017, I undertook a review of the DOC personnel files of the Defendants in this case: John Alves, Daniel Dougherty, Damian Doran, Greg Harpin and Christopher Sweet. I reviewed all performance appraisals and all other documents in their personnel files for any reference to "allegations that defendant deprived an inmate of a fair investigation and hearing" or "improperly designated an inmate as a security risk group threat member" for the period of time 2010 to present. I had previously searched the DOC Disciplinary Log for any reference to any of the Defendants as set forth in my Declaration of November 9, 2017, which is filed in this case as Doc. 95-2.

3. The sources of performance evaluations referencing non-disciplinary resolutions of matters related to the defendants in this action that are maintained by the

1

Department of Correction would be the official DOC personnel files and official DOC disciplinary files on each defendant as well as the DOC Discipline Log. That review has been thoroughly completed as described above.

4. Based on my review as described above, there are no disciplinary records or performance evaluations of any of the Defendants for the time period 2010 to the present which contain any allegation that any of them deprived an inmate of a fair investigation and hearing or improperly designated an inmate as a security risk group threat member.

I declare, pursuant to 28 U.S.C. sec. 1746, under penalty of perjury, that the foregoing declaration is true and accurate.

Executed on December 18, 2017.

*Dawn M DiCesare*
Dawn M. DiCesare